997 So.2d 513 (2008)
Kenneth FREDETTE and Wanda Fredette, etc., Appellant,
v.
DTG OPERATIONS, INC. and Dollar Thrifty, etc., Appellee.
No. 5D08-995.
District Court of Appeal of Florida, Fifth District.
December 30, 2008.
Thomas E. Mooney, Orlando, for Appellant.
Billie L. Bellamy, and E. Peyton Hodges, of Cameron, Hodges, Coleman, LaPointe & Wright, P.A., Orlando, for Appellee.
PER CURIAM.
AFFIRMED. See Karling v. Budget Rent A Car Sys., Inc., 33 Fla. L. Weekly D2777, ___ So.2d ___ (Fla. 5th DCA Dec. 5, 2008).
MONACO, LAWSON and EVANDER, JJ., concur.